JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for JOSE JIMENEZ-IBARRA

FILED
FEB 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOSE JIMENEZ-IBARRA,
Defendant.

Case No. 08MJ8057

SUBSTITUTION OF ATTORNEY

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of: Martin Molina.

Dated: 2/7/08

Jose Jimenez-Ibarra
Defendant

Dated: 2/7/08

John F. Kelly
Attorney for Defendant

I consent to the above substitution:

Dated: Feb 2, 2008

Martin Molina
Attorney at Law