FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE ALFREDO JIMENEZ-IBARRA, Defendant. | Criminal Case No. 08CR 0494-W<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

Count 1

On or about January 23, 2008, within the Southern District of California, defendant JOSE ALFREDO JIMENEZ-IBARRA, did knowingly and intentionally import 1 kilogram or more, to wit: approximately 9.30 kilograms (20.46 pounds) of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

//

WDK:psd:Imperial
2/20/08

Count 2

On or about January 23, 2008, within the Southern District of California, defendant JOSE ALFREDO JIMENEZ-IBARRA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.26 kilograms (51.17 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 21, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney