AO 455 (Rev. 5/85) Waiver of Indictment

FILED
FEB 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE ALFREDO JIMENEZ-IBARRA

## WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 0494-W

I, JOSE ALFREDO JIMENEZ-IBARRA, the above named defendant, who is accused of committing the following offenses:

Count 1: Importation of Heroin, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2: Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER